IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
__Southern__ DIVISION

1:21CV721
J. BLACK
MJ. BOWMAN

__Gilbert Parker__

(Enter Above the Name of the Plaintiff in this Action)

vs.

__Department of Justice__

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____
_____
_____
_____

**COMPLAINT**

RECEIVED
NOV 18 2021
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__Gilbert Parker__
Name - Full Name Please - PRINT

__2622 Kipling Ave__
Street Address

__Cincinnati, Ohio 45239__
City, State and Zip Code

__513-370-6378__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Department of Justice
   Name - Full Name Please
   950 Pennsylvana ave.
   Address: Street, City, State and Zip Code
   Washington, D.C. 20530

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

- ☒ Title 28 U.S.C. § 1343(3)
  [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

- ☐ Title 28 U.S.C. § 1331
  [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

- ☐ Title 28 U.S.C. § 1332(a)(1)
  [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

- ☐ Title ____ United States Code, Section _____
  [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

The plaintiff's first claim is negligence and ordinary negligence for the plaintiff contacted the defendant's in July of 2020 complaining about a Assistant Attorney General who committed the crimes of perjury, official misconduct and obtrusion of justice, after writing other law enforcement agencies. The plaintiff did not hear from any agencies about the A.A.G. sending the plaintiff fake documents from nine different judges while trying to file an appeal in my civil case. Then on 03/2021 the plaintiff again wrote the defendants inquiring about his complaint and still there was no contact from the defendants, no return phone calls, nothing, for the plaintiff had learned that seven of the judges on the paper work were not even judges and that one of them had never served on the bench in the court of appeals and the last judge was listed as a circuit court judge yet she is the chief judge of the court of appeals. The plaintiff's second claim is contributory negligence and gross negligence, for on June 14, 2021, I wrote a letter to the judge and clerk of court for the appeals court inquiring about the documents I received bearing their name and next thing I know I receive a letter from the department of justice stating that they decided not to take any action on my case as well as my case has merit and then referring me to the state bar association or legal aid office. The only problem is that neither of them agencies has the jurisdiction to prosecute or charge a attorney general lawyer with any crime, yet alone punish them for their actions. Therefore sending the plaintiff on a wild goose chase, for the plaintiff did reach out to different lawyers who also stated that it's the D.O.J.'s job to go after attorney general's. All documents are included in this complaint.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| Case Number | Caption | | |
|---|---|---|---|
| 04 cv 3901 | Gilbert Parker | vs. | New York State div. of |
| A1600773 | Gilbert Parker | vs. | Northside Mattress |
| A1103437 | Gilbert Parker | vs. | City of Cincinnati |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

The plaintiff is seeking fifty thousand dollars for the continuing pain and suffering of mental anguish and emotional distress as well as a full investigation into the crimes committed by the attorney general lawyer and the right to file my appeal with the court of appeals 2nd circuit.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 17 day of November, 2021.

*Gilbert Parker*
Signature of Plaintiff