UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GILBERT PARKER, | : | Case No. 1:21-cv-721 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| DEPARTMENT OF JUSTICE, | : | |
| Defendant. | : | |

**DECISION AND ENTRY
DECLARING AS MOOT THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. 28 U.S.C. § 636(b). Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on December 28, 2021, submitted a Report and Recommendation. (Doc. 4).

In the Report, the Magistrate Judge recommended dismissing the complaint with prejudice for failure to state a claim as time barred under 42 U.S.C. § 1983 and for improper venue. (*Id.*) Plaintiff timely submitted objections, which objections seemingly attempted to clarify his claims.[1] (Doc. 6). Thus, after reviewing the objections and construing the objections liberally, the Court sua sponte granted Plaintiff leave to file an amended complaint in compliance with Federal Rule of Civil Procedure 8(a). *See* Fed. R. Civ. P. 15(a)(3) (a party may amend its pleading with the court's leave).

---

[1] For example, Plaintiff suggested he was attempting to bring suit under the Federal Tort Claims Act. (Doc. 6 at 3).

Plaintiff then submitted an amended complaint.[2] (Doc. 9). Accordingly, because the December 28, 2021 Report and Recommendation concerns Plaintiff's original complaint and the amended complaint supersedes the original complaint, the Court declares as **MOOT** the December 28, 2021 Report and Recommendation (Doc. 4) and overrules as **MOOT** Plaintiff's objections (Doc. 6).

**IT IS SO ORDERED.**

Date:   3/3/2023                                                                                s/Timothy S. Black
                                                                                                                 Timothy S. Black
                                                                                                                 United States District Judge

---

[2] The Court, at this time, takes no opinion as to whether the amended complaint survives initial screening pursuant to 28 U.S.C. § 1915(e)(2)(B), and the amended complaint remains referred to the Magistrate Judge for initial consideration.