**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| GILBERT PARKER, | : | Case No. 1:21-cv-721 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| DEPARTMENT OF JUSTICE, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 12)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on September 12, 2023, submitted a Report and Recommendation. (Doc. 12).

Upon request, Plaintiff was granted an extension of time to file specific, written objections to the R&R. (Not. Order, Oct. 16, 2023). No objections were filed, and the time for doing so has expired.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1) Plaintiff's amended complaint is **DISMISSED with prejudice** for failure to state a claim.

2) The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore **DENIES** plaintiff leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

3) The Clerk shall enter judgment accordingly and terminate the case.

**IT IS SO ORDERED.**

Date: 1/3/2024

*s/Timothy S. Black*
Timothy S. Black
United States District Judge